FILED '10 APR 21 13:17 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

RICHARD HOSTETTER,

        Petitioner,        Civil No. 08-6332-TC

        v.                    ORDER

DON MILLS,

        Respondent.

COFFIN, Magistrate Judge.

    Petitioner's letter to the court dated April 15, 2010, is construed as a motion for voluntary dismissal without prejudice and is allowed. Petitioner's Petition (#1) is denied without prejudice.

    This proceeding is dismissed.

    IT IS SO ORDERED

    DATED this 21 day of April, 2010.

                                    Thomas M. Coffin
                                    United States Magistrate Judge

1 - ORDER